JUDGE SULLIVAN

08 CV 6470

COPY

Cozen O'Connor
Attorneys for Plaintiff
John B. Galligan, Esquire (JBG-1589)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVEREST NATIONAL INSURANCE COMPANY
as subrogee of Bayard Views LLC/
Bayard Views Condominium,
20 Bayard Street
Brooklyn, NY 11211,

                     Plaintiff,

               v.

ADD PLUMBING, INC.
122 Evergreen Avenue
P.O. Box 110422
Brooklyn, NY 11206

                     Defendant.
-----------------------------------------------------------------X

CIVIL ACTION NO.

**RULE 7.1 STATEMENT**



      Pursuant to the Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Everest National Insurance Company</u> (a non-governmental party), certifies that the following is the corporate parent of said party, which is publicly held.

                           **EVEREST RE U.S. GROUP**

**SEE ATTACHED**

Date: July 18, 2008

                                       _____
                                       John B. Galligan, Esquire (JBG-1589)
                                       COZEN O'CONNOR
                                       45 Broadway Atrium, 16th Floor
                                       New York, NY 10006
                                       212-509-9400

# EVEREST RE U.S. GROUP

**Directors:** Martin Abrahams, Kenneth J. Duffy, John R. Dunne, Thomas J. Gallagher, William F. Galtney, Jr., Joseph V. Taranto (Chairman), John Weber, John A. Weber.

## REGULATORY

An annual independent audit of the company is conducted by PricewaterhouseCoopers.

## REINSURANCE PROGRAMS

Management purchases reinsurance if it believes that it is both prudent and cost effective to do so. The group participates in various excess of loss programs which cover specific risks such as excess workers' compensation, facultative property and excess property catastrophe coverage for risks outside of the U.S. The group also reduces its risk to some individual and aggregate losses through its participation in certain "common account" retrocessional arrangements.

At a corporate level, the group has fully utilized aggregate excess of loss contracts for the 1999, 2000 and 2001 accident years which covered all lines of business with limits of $175 million, for each accident year, above a normalized statutory loss ratio threshold. These covers were net of inuring reinsurance protections and required that about half of the losses ceded be offset by additional premium charges.

In connection with the September 2000 acquisition of Mt. McKinley, Everest Re received an adverse development cover which protected the group for 80%, or $160 million, of the first $200 million of any adverse loss reserve development on the carried reserves of Mt. McKinley at September 19, 2000. At December 2003, this cover was fully utilized.

---

## Everest Re Group
### EVEREST RE U.S. GROUP
Dover, DE
Westgate Corporate Center, 477 Martinsville Road, Liberty Corner, NJ 07938-0830
Web: www.everestre.com

Tel: 908-604-3000  Fax: 908-604-3434
AMB#: 05696

Publicly Traded Corporation: Everest Re Group Ltd.
NYSE: RE

## BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the property/casualty members of Everest Re Group, which operate under a group structure, each group member is assigned a Best's Rating of A+ (Superior). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the group. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

## RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Everest Re Group.

**Best's Rating: A+ g**  **Outlook: Stable**

## FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: A+ g

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/17/05 | A+ g | 10/09/02 | A+ g |
| 06/02/04 | A+ g | 04/12/02 | A+ g |
| 06/20/03 | A+ g | 11/01/00 | A+ |

## KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2000 | 223,759 | 751,624 | 240,726 | 181,301 | 4,876,659 | 1,295,770 |
| 2001 | 437,831 | 1,436,713 | 70,988 | 94,159 | 5,497,094 | 1,311,701 |
| 2002 | 844,044 | 2,231,897 | 224,052 | 75,350 | 6,364,961 | 1,511,190 |
| 2003 | 1,180,212 | 3,123,834 | 314,156 | 185,741 | 8,114,774 | 1,733,432 |
| 2004 | 1,257,046 | 2,961,518 | 295,069 | 188,626 | 9,399,327 | 2,111,404 |

| Period Ending | Profitability | | | Leverage | | | Liquidity | |
| | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 106.5 | 7.0 | 34.0 | 25.4 | 0.6 | 3.3 | 137.0 | 79.2 |
| 2001 | 114.4 | 6.3 | 5.2 | 28.2 | 1.1 | 4.2 | 131.7 | 118.9 |
| 2002 | 98.4 | 5.6 | 11.2 | 25.0 | 1.5 | 4.7 | 131.4 | 126.3 |
| 2003 | 96.4 | 5.1 | 11.2 | 32.3 | 1.8 | 5.4 | 127.2 | 155.1 |
| 2004 | 99.7 | 5.1 | 10.3 | 49.7 | 1.4 | 4.8 | 129.1 | 121.6 |
| 5-Yr | 101.0 | 5.7 | 11.8 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the A.M. Best Consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Professional Reinsurers.

For all tables within this report, all periods include the effects of Mt. McKinley Insurance Company which, in 2000, became part of the group and entered into a loss portfolio transfer with an offshore affiliate, Everest Reinsurance (Bermuda) Ltd., whereby $486 million of carried loss reserves were transferred from the company for a premium of $485 million.

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 58455 | *Everest Re Group Ltd* | Bermuda | |
| 87869 | Everest Reinsurance Bermuda | Bermuda | 100.00 |
| 86863 | Everest International Reins | Bermuda | 100.00 |
| 50016 | *Everest Reins Holdings Inc* | DE | 100.00 |
| 03519 | Everest Reinsurance Company | DE | 100.00 |
| 12096 | Everest Indemnity Insurance Co | DE | 100.00 |
| 87033 | Everest Insurance Co Canada | Canada | 100.00 |
| 02799 | Everest National Insurance Co | AZ | 100.00 |
| 50236 | *Everest Re Holdings Ltd* | Bermuda | 100.00 |
| 85570 | Everest Re Ltd | United Kingdom | 100.00 |
| 11197 | Everest Security Insurance Co | GA | 100.00 |
| 03777 | Mt McKinley Insurance Company | DE | 100.00 |

## BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Everest Re Group.

## 2004 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Workers' Comp | 647,526 | 592,030 | 20.0 | 41.6 | 765,097 |
| Reins-Casualty | ... | 294,226 | 9.9 | 134.6 | 2,018,633 |
| Reins-Property | ... | 273,139 | 9.2 | 60.0 | 315,053 |
| Com'l MultiPeril | 199,544 | 269,078 | 9.1 | 79.5 | 319,068 |
| Oth Liab Cl-Made | 41,648 | 266,280 | 9.0 | 51.4 | 238,403 |
| Oth Liab Occur | 105,256 | 223,456 | 7.5 | 31.6 | 345,316 |
| Group A & H | ... | 198,665 | 6.7 | 68.3 | 95,351 |
| Fire | 51 | 159,287 | 5.4 | 74.3 | 86,666 |
| Inland Marine | 148,833 | 122,324 | 4.1 | 71.9 | 21,783 |
| Homeowners | 0 | 76,354 | 2.6 | 77.5 | 56,991 |
| Surety | ... | 72,778 | 2.5 | 52.6 | 40,005 |
| Allied Lines | 52 | 72,728 | 2.5 | 158.0 | 66,388 |
| Med Mal Cl-Made | 69,475 | 16,672 | 0.6 | 72.4 | 35,125 |
| All Other | 44,660 | 324,498 | 11.0 | 59.5 | 207,266 |
| Totals | 1,257,046 | 2,961,518 | 100.0 | 68.2 | 4,611,287 |

**Major 2004 Direct Premium Writings by State ($000):** California, $625,153 (49.7%); Colorado, $154,941 (12.3%); Florida, $91,150 (7.3%); Illinois, $53,704 (4.3%); Michigan, $38,521 (3.1%); 46 other jurisdictions, $294,412 (23.4%); Canada, $0 (0.0%); Aggregate Alien, $-835 (-0.1%).

## CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of Everest Re Group.

## CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Inv. Gains | Source of Surplus Growth Net Contrib. Capital | Other, Net of Tax | Change in PHS |
|---|---|---|---|---|---|
| 2000 | 240,726 | -30,395 | -32,898 | -73,476 | 103,957 |
| 2001 | 70,988 | -4,440 | -125,585 | 74,968 | 15,931 |
| 2002 | 224,052 | -41,166 | 93,043 | -76,440 | 199,489 |
| 2003 | 314,156 | 10,284 | -41,453 | -60,745 | 222,242 |
| 2004 | 295,069 | 143,268 | 78,158 | -138,522 | 377,973 |
| 5-Yr | 1,144,992 | 77,550 | -28,735 | -274,215 | 919,591 |